**UNITED STATES of America,**
**Appellee,**

v.

**Thomas Dewayne ROSS, also known as Thomas Dwayne Ross, also known as Dewayne Ross, also known as Wayne, Appellant.**

**No. 11–1619.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 12, 2011.

Filed: Feb. 15, 2012.

Sara Elizabeth Fullerton, Assistant U.S. Attorney, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Thomas Dwayne Ross, El Reno, OK, pro se.

Robert B. Creager, Anderson & Creager, Lincoln, NE, for Appellant.

Before WOLLMAN, MELLOY, and COLLOTON, Circuit Judges.

PER CURIAM.

Thomas Ross appeals the 120–month sentence the district court[1] imposed after granting the government's motion to reduce his sentence pursuant to Federal Rule of Criminal Procedure 35(b). He argues that the extent of the district court's reduction did not adequately reflect his assistance to the government. This court lacks jurisdiction under 18 U.S.C. § 3742(a) to consider such a challenge to the district court's ruling on a Rule 35(b) motion. *United States v. Haskins*, 479 F.3d 955, 957 (8th Cir.2007) (per curiam); *United States v. Coppedge*, 135 F.3d 598, 599 (8th Cir.1998) (per curiam). Accordingly, the appeal is dismissed.

---

1. The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

1. The Honorable Richard Kopf, United States District Judge for the District of Nebraska.